IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JUSTIN CODY, a/k/a Dectur Slim, <br><br> Movant, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | MOTION TO VACATE <br> 28 U.S.C. § 2255 <br><br> CRIMINAL ACTION NO. <br> 1:13-CR-00247-01-SCJ-LTW <br><br> CIVIL ACTION NOS. <br> 1:16-CV-3928-SCJ-LTW <br> 1:16-CV-4403-SCJ-LTW |

### ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Linda T. Walker [Doc. No. 77], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, it is hereby **ORDERED** that Movant's § 2255 motion [Doc. Nos. 70 & 76] is **DENIED** under Rule 4 of the § 2255 rules and that civil action numbers 1:16-cv-3928-SCJ-LTW and 1:16-cv-4403-SCJ-LTW are **DISMISSED**. It is further **ORDERED** that a certificate of appealability is **DENIED**.

IT IS SO ORDERED, this 12th day of January, 2017.

/s/ Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE